

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00195-CR

_____

IN RE:
BENNIE L. BENNETT

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Bennie L. Bennett has filed a pro se petition for writ of mandamus asking this Court to order Mellinda Craig, the District Clerk of Harrison County, to forward his writ of habeas corpus, pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010), to the trial court.

This Court does not have mandamus jurisdiction over district clerks except when necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Coronado*, 980 S.W.2d 691, 692–93 (Tex. App.—San Antonio 1998, orig. proceeding) (per curiam) (for district clerk to fall within jurisdictional reach of court of appeals, must establish that mandamus is necessary to enforce court of appeals' jurisdiction). Bennett has not alleged facts sufficient for the district clerk to fall within our jurisdictional reach.

For the reasons stated, we deny Bennett's petition for writ of mandamus.


                                                    Jack Carter
                                                    Justice

Date Submitted:        September 26, 2011
Date Decided:          September 27, 2011

Do Not Publish

2